# United States Court of Appeals
## For the First Circuit

No. 05-2868

SCOTT L. BAENA, Litigation Trustee of the
Lernout & Hauspie Speech Products, N.V. Litigation Trust,

Plaintiff, Appellant,

v.

KPMG LLP and KLYNVELD PEAT MARWICK
GOERDELER BEDRIJFSREVISOREN,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on June 22, 2006, should be amended as follows:

On page 2, line 4 of footnote 1, insert a comma after "Belgium".